IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 4:08-cr-9-RH-GRJ

JASON GRANT
_____/

**O R D E R**

This matter is before the Court on Doc. 58, the Government's Motion For Extension of Time of Response. The United States requests a thirty day extension of time to file a response to Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By Federal Prisoner, Doc. 52, because of counsel's trial schedule. The current deadline for the Government to respond is October 31, 2011.

Upon due consideration, it is **ORDERED:**

1. That the Government's Motion For Extension of Time of Response, Doc. 58, is **GRANTED.** The United States shall file its response **on or before November 30, 2011.**

2. Petitioner may file a reply by **December 30, 2011**.

**DONE AND ORDERED** this 19th day of October 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge